UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLEE CASTLE, | Case No. 2:21-cv-1994-JVS (MAR) |
| Plaintiff, | |
| v. | ORDER RE: SERVICE OF PROCESS BY UNITED STATES MARSHAL |
| A. SERRANO, ET AL., | |
| Defendant(s). | |

This case has been referred to Magistrate Judge Margo A. Rocconi for pretrial proceedings. The Court has reviewed Plaintiff's Complaint constructively filed[1] on February 24, 2021. ECF Docket No. ("Dkt.") Dkt. 1.

**IT IS ORDERED THAT**:

**1.** The United States Marshal is ordered to serve the summons and Complaint, Dkt. 1, as indicated on the concurrently filed Order Directing Service of Process by the United States Marshal ("Service Order").

**2.** The clerk of court is ordered to provide Plaintiff with the appropriate number of USM-285 forms. In order to accomplish the service of process by the United States Marshal, Plaintiff must do the following:

---

[1] Under the "mailbox rule," when a pro se prisoner gives prison authorities a pleading to mail to court, the court deems the pleading constructively "filed" on the date it is signed. Roberts v. Marshall, 627 F.3d 768, 770 n.1 (9th Cir. 2010) (citation omitted).

     **a.**    Plaintiff must complete a separate USM-285 form for each defendant listed in the Service Order and send the completed forms to the Clerk of Court.

     **b.**    Only a defendant named in the Service Order may be included on a USM-285 form.

     **c.**    Each completed USM-285 form must contain the name of only one (1) defendant and must include the first and last name of such defendant, as well as the defendant's identification number, if available.

     **d.**    For each defendant, Plaintiff must provide on the USM-285 form a complete street address where the defendant can be served, together with any special instructions or other information that may assist in expediting service, such as whether the defendant works in a specific part of the building or whether the defendant works an evening shift. A post office box number is not acceptable.

     **e.**    Plaintiff must specify on the USM-285 form whether the defendant is being served as an individual or in his/her official capacity, and this must be consistent with what the court has authorized in the Service Order. If the court has authorized service of a defendant in both his/her official capacity and his/her individual capacity, Plaintiff must complete two (2) USM-285 forms for such a defendant—one (1) that reflects the defendant is being served in his/her official capacity, and one (1) that reflects the defendant is being served in his/her individual capacity. If the defendant is being served in his/her official capacity, Plaintiff must also indicate the defendant's official title on the form.

     **f.**    Plaintiff must sign each USM-285 form.

**3.** **No later than twenty-one (21) days** after the date of this Order, Plaintiff shall file with the Clerk of Court a Notice of Submission indicating that the completed USM-285 form(s) have been provided to the Clerk of the Court. The form for this Notice of Submission is attached to this Order.

1  **4.**    If Plaintiff does not submit the completed USM-285 forms and file the Notice
2  of Submission **within twenty-one (21) days** of the date of this Order, this action will
3  be subject to dismissal without prejudice for Plaintiff's failure to comply with the
4  Court's Order and Plaintiff's failure to prosecute.
5  **5.**    Upon receipt of the completed USM-285 form(s) from Plaintiff, the clerk of
6  court is directed to provide the United States Marshal with the completed forms along
7  with the original summons and the appropriate number of copies of the Complaint,
8  Dkt. 1, summons, Service Order, and the instant order.
9  **6.**    In preparing and submitting all pleadings and correspondence, Plaintiff must
10 comply with the following requirements:
11         **a.**    All future pretrial documents submitted in this case should be addressed
12         to: "Clerk, U.S. District Court, 255 East Temple Street, Suite 1200, Los
13         Angeles, CA 90012" and submitted for filing either by: (1) direct filing at the
14         court's filing window; (2) U.S. mail; or (3) electronic scanning pursuant to the
15         Pilot Project as defined in General Order 18-02, if the document qualifies as a
16         "Pilot Project Document" and the institution at which Plaintiff is confined is a
17         "Participating Facility."
18         **b.**    All documents must include the title and case number, including any
19         initial letters.
20         **c.**    At the top of the first page of any document sent to the Court, Plaintiff
21         must provide Plaintiff's name and mailing address, including any information
22         needed for mail to be delivered, such as prisoner number or building number.
23         The Court will assume the address is correct and will continue to use it to
24         communicate with Plaintiff until informed of a change.
25         **d.**    All documents must be legibly and clearly typed, printed or handwritten,
26         on one (1) side of the paper only, and should have at least a one-inch margin at
27         the top of each page.
28

1    **e.**    Plaintiff is advised to keep a copy of any document sent to the Court.

**f.**    Once any defendant has appeared or has been served with the complaint and summons, when Plaintiff sends a new document to the Court, Plaintiff must also serve it on each defendant by mailing a copy to the defendant (or, if the defendant is represented by an attorney, to the defendant's attorney) at the address for defendant or defendant's attorney shown on Court Orders or the defendant's filings.  Plaintiff must also attach a "proof of service," to the document sent to the Court, stating, under penalty of perjury, that a copy was mailed to each defendant (or each defendant's attorney) and such date it was mailed.  If any pleading or other paper submitted to the Court by Plaintiff does not include a proof of service upon the defendant (or defendant's attorney), it may be stricken from the case and disregarded by the Court.

**g.**    As long as this action is pending, Plaintiff must immediately notify the Court and the defendants (or the defendants' attorneys) of any change in Plaintiff's address and the effective date of such address change.  If Plaintiff fails to keep the Court informed of a correct mailing address, this case may be dismissed under Local Civil Rule 41-6, which states as follows:

> If mail directed by the Clerk to a pro se plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of his current address, the Court may dismiss the action with or without prejudice for want of prosecution.

L.R. 41-6.

Compliance with these requirements, and with all other Court rules, will help the court to avoid unnecessary delays in deciding this case.

**IT IS SO ORDERED.**

Dated: June 21, 2021

_____
HONORABLE MARGO A. ROCCONI
United States Magistrate Judge

4

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SYLEE CASTLE,<br><br>               Plaintiff,<br><br>        v.<br><br>A. SERRANO, ET AL.,<br><br>               Defendant(s). | Case No. 2:21-cv-1994-JVS (MAR)<br><br>NOTICE OF SUBMISSION OF DOCUMENTS TO CLERK OF COURT |
|---|---|

    Plaintiff hereby states under penalty of perjury that he has complied with the court's Order re: Service of Process by United States Marshal.

    On _____, Plaintiff sent the following to the Clerk of Court:

\_\_\_\_ completed USM-285 form(s)

    Plaintiff further states under penalty of perjury that he has not requested service by the United States Marshal upon any person other than those listed in the court's Order Directing Service of Process by the United States Marshal.

Dated: _____

                                                        SYLEE CASTLE<br>                                                        Plaintiff