ROB BONTA
Attorney General of California
GIAM M. NGUYEN
Supervising Deputy Attorney General
State Bar No. 229236
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6042
 Fax:  (916) 761-3641
 E-mail:  Giam.Nguyen@doj.ca.gov
*Attorneys for Defendants
J. Coleman and A. Lugo*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **SYLEE CASTLE,**<br><br>                              Plaintiff,<br><br>  v.<br><br>**A. SERRANO, et al.,**<br><br>                              Defendants. | 2:21-cv-1994-JVS (MAR)<br><br>**DEFENDANTS' REPLY BRIEF[1] IN SUPPORT OF MOTION TO DISMISS**<br><br>Judge:           The Honorable Margo A. Rocconi<br>Trial Date:     None Set<br>Action Filed:  3/4/2021 |

Defendants respectfully submit the following reply brief in support of their motion to dismiss Plaintiff's claims against Defendants Lugo and Coleman.

### I.   Plaintiff Failed to Exhaust Administrative Remedies for His Claims Against Defendants Lugo and Coleman.

As explained in Defendants' opening brief, the attached inmate grievance to Plaintiff's complaint demonstrates that Plaintiff failed to exhaust his administrative remedies for his claims against Defendants Lugo and Coleman.  In his opposition brief, Plaintiff does not explain why he failed to mention in his submitted inmate

---

[1] Defendants' counsel received service of Plaintiff's opposition brief through an ECF filing entered June 1, 2022.  Based on this date, Defendants' counsel calculated that the deadline for an optional reply brief was June 15, 2022.

1

1  grievance the alleged wrong-doing by Defendants Lugo and Coleman *that are the*
2  *subject of this lawsuit*.  Instead, Plaintiff appears to argue that unrelated inmate
3  grievances and lawsuits that Plaintiff submitted and filed should somehow have put
4  Defendants on notice of Plaintiff's claims in this lawsuit against Defendants Lugo
5  and Coleman.  (ECF No. 39 ("Opp'n") at 6-7[2].)  But Plaintiff's unrelated filings did
6  not exhaust his administrative remedies for the claims that he brings in this lawsuit,
7  which is required by the law.  42 U.S.C. § 1997e(a); Cal. Code Regs. tit. 15, §
8  3084.1(b) (2019).
9  **II.   Plaintiff Fails to State a Claim Against Defendants Coleman or Lugo.**
10      Furthermore, as argued in Defendants' opening brief, Plaintiff failed to allege
11  sufficient facts to state an Eighth Amendment claim against Defendant Coleman or
12  a First Amendment retaliation claim against Defendant Lugo.  In opposition,
13  Plaintiff appears to attempt to allege new facts to support his claims against these
14  Defendants.  (Opp'n at 8-10, 12-14.)  But Plaintiff's new factual allegations in his
15  opposition brief cannot be considered to defeat Defendants' motion to dismiss.  *Lee*
16  *v. City of Los Angeles*, 250 F.3d 668, 688 (9th Cir. 2001) ("[W]hen the legal
17  sufficiency of a complaint's allegations is tested by a motion under Rule 12(b)(6),
18  review is limited to the complaint." (Internal quotations and citations omitted).)
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  _____
    [2] Defendants refer to the page numbers found in the ECF filing header.

# CONCLUSION

For the foregoing reasons and those explained in Defendant's motion, Defendants respectfully ask the Court to grant their motion to dismiss the claims against Defendants Lugo and Coleman.

Dated: June 15, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California

*/S/ GIAM M. NGUYEN*
GIAM M. NGUYEN
Supervising Deputy Attorney General
*Attorneys for Defendants
J. Coleman and A. Lugo*

LA2021306046

# CERTIFICATE OF SERVICE

| Case Name: | **Sylee Castle v. A. Serrano, et al.** | No. | **2:21-cv-1994-JVS (MAR)** |
|---|---|---|---|

I hereby certify that on <u>June 15, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>June 15, 2022</u>, at Los Angeles, California.

| R. Hill | /s/ R. Hill |
|---|---|
| Declarant for eFiling | Signature |

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On <u>June 15, 2022</u>, the foregoing document(s) have been mailed in the Office of the Attorney General's internal mail system, by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Sylee Castle, CDCR# C82790
CSP - Los Angeles County
P.O. Box 4430
Lancaster, CA 93539

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>June 15, 2022</u>, at Los Angeles, California.

| K. Yeoun | /s/ K. Yeoun |
|---|---|
| Declarant for Service by U.S. Mail | Signature |

LA2021306046/65200661.docx