UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLEE CASTLE,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>A. SERRANO, ET AL.,<br><br>　　　　　　　Defendant(s). | Case No. 2:21-cv-01994-JVS (MAR)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that:

(1) Defendants' Motion to Dismiss is **GRANTED** with respect to Claim One against Lugo;

(2) Defendants' Motion to Dismiss is **GRANTED** with respect to Claim Five against Coleman;

(3) Defendants' Motion to Dismiss is **DENIED** with respect to Claim Four against Coleman; and

(4) Lugo is **TERMINATED** as a Defendant.

Dated: September 27, 2022

HONORABLE JAMES V. SELNA
United States District Judge